THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil No.  1:22-cv-03025-RC<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT AND REQUEST TO DEFER BRIEFING SCHEDULE**

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") filed this lawsuit on October 6, 2022, against the United States Department of Justice ("DOJ") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  *See* Compl. at 1, ECF. No. 1.  At issue are two FOIA requests CREW submitted to DOJ on January 20, 2022, seeking records related to complaints of professional misconduct by federal judges.  *See id.* ¶¶ 1, 10-12.

On November 10, 2022, DOJ filed its answer.  ECF No. 5.  On November 14, 2022, the Court ordered the Parties to meet, confer, and jointly submit a proposed briefing schedule by November 28, 2022.  *See* Nov. 14, 2022 Minute Order.  The Parties respectfully request that the Court defer entering a briefing schedule.  The Parties have conferred about DOJ's processing of CREW's FOIA requests and have agreed to the following:

1.　　DOJ's search is complete with respect to request F22-00033, and DOJ agrees to complete processing and produce any responsive, non-exempt records to CREW by January 31, 2023.

1

2.      DOJ's search is complete with respect to request F22-00034; however, DOJ requires additional time to review those records before setting a processing and production schedule.  After the January 31, 2023 deadline, the Parties will confer and work toward setting a processing and production schedule for request F22-00034.

3.      Given the posture of the FOIA requests at issue and the Parties' intentions to confer and work together to resolve issues, the Parties do not yet know whether summary judgment briefing will be necessary.  Thus, the Parties respectfully propose that the Court defer entering a briefing schedule at this time.  The Parties further propose that they file a joint status report by February 7, 2023, updating the Court on the status of the case.

Dated: November 28, 2022                    Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director

*/s/ Taylor Pitz*
Taylor Pitz (CA Bar No. 332080)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 305-5200
taylor.n.pitz@usdoj.gov

*Counsel for Defendants*

*/s/ Nikhel S. Sus*
Nikhel S. Sus
(D.C. Bar No. 1017937)
CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON
1331 F Street NW, Suite 900
Washington, DC 20004

Telephone: (202) 408-5565
Fax: (202) 588-5020
nsus@citizensforethics.org

*Counsel for Plaintiff*