THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil No.  1:22-cv-03025-RC |
| U.S. DEPARTMENT OF JUSTICE, ) ) | |
| Defendant. ) ) | |

## JOINT STATUS REPORT

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") filed this lawsuit on October 6, 2022, against the United States Department of Justice ("DOJ") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  *See* Compl. at 1, ECF. No. 1.  At issue are two FOIA requests CREW submitted to DOJ on January 20, 2022, seeking records related to complaints of professional misconduct by federal judges.  *See id.* ¶¶ 1, 10-12.

On November 10, 2022, DOJ filed its answer.  ECF No. 5.  On November 14, 2022, the Court ordered the Parties to meet, confer, and jointly submit a proposed briefing schedule by November 28, 2022.  *See* Nov. 14, 2022 Minute Order.  The Parties file a Joint Status Report, *see* ECF No. 6, and the Court ordered that the parties submit another Joint Status Report on or before February 7, 2023, *see* Nov. 28, 2022 Minute Order.  The Parties have further conferred about DOJ's processing of CREW's FOIA requests and provide the Court with the following updates:

1. On January 27, 2023, DOJ completed processing and produced to CREW all non-exempt responsive records with respect to request F22-00033.

2. DOJ's search is complete with respect to request F22-00034. DOJ will make a small initial production on or before February 21, 2023 to permit the Parties to have a productive and informed discussion regarding an appropriate processing and production schedule for the records responsive to this request.

3. Given the posture of the FOIA requests at issue and the Parties' intentions to confer and work together to resolve issues, the Parties do not yet know whether summary judgment briefing will be necessary. Thus, the Parties respectfully propose that the Court defer entering a briefing schedule at this time. The Parties further propose that they file a joint status report by February 28, 2023, updating the Court on the status of the case.

Dated: February 7, 2023

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director

/s/ Taylor Pitz
Taylor Pitz (CA Bar No. 332080)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 305-5200
taylor.n.pitz@usdoj.gov

*Counsel for Defendants*

/s/ Nikhel S. Sus
Nikhel S. Sus
(D.C. Bar No. 1017937)
CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON
1331 F Street NW, Suite 900
Washington, DC 20004

Telephone: (202) 408-5565
Fax: (202) 588-5020
nsus@citizensforethics.org

*Counsel for Plaintiff*

3