THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
CITIZENS FOR RESPONSIBILITY AND )
ETHICS IN WASHINGTON,          )
                                            )
                Plaintiff,       )
v.                                         )
                                            )   Civil No. 1:22-cv-03025-RC
U.S. DEPARTMENT OF JUSTICE,    )
                                            )
                Defendant.     )
_____)

# JOINT STATUS REPORT

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") filed this lawsuit on October 6, 2022, against the United States Department of Justice ("DOJ") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. *See* Compl. at 1, ECF. No. 1. At issue are two FOIA requests CREW submitted to DOJ on January 20, 2022, seeking records related to complaints of professional misconduct by federal judges. *See id.* ¶¶ 1, 10-12.

On November 10, 2022, DOJ filed its answer. ECF No. 5. On November 14, 2022, the Court ordered the Parties to meet, confer, and jointly submit a proposed briefing schedule by November 28, 2022. *See* Nov. 14, 2022 Minute Order. The Parties have filed two previous Joint Status Reports. *See* ECF Nos. 6, 7. The Parties have further conferred about DOJ's processing of CREW's FOIA requests and provide the Court with the following updates:

1.     On February 21, 2023, DOJ made an initial production to CREW to permit the parties to have a productive and informed discussion regarding an appropriate processing and production schedule.

2.      The Parties have reached an agreement, and DOJ has agreed to prioritize the processing and production of two sets of responsive records related to OPR referrals to external entities. DOJ has agreed to prioritize the processing and production of one referral and corresponding exhibits before the other. After these records have been processed, the Parties will formulate a schedule for non-referral-related records.

3.      Given the posture of the FOIA requests at issue and the Parties' intentions to confer and work together to resolve issues, the Parties do not yet know whether summary judgment briefing will be necessary. Thus, the Parties respectfully propose that the Court defer entering a briefing schedule at this time. The Parties further propose that they file a joint status report in ninety (90) days, updating the Court on the status of the case.

Dated: February 28, 2023

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director

*/s/ Taylor Pitz*
Taylor Pitz (CA Bar No. 332080)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 305-5200
taylor.n.pitz@usdoj.gov

*Counsel for Defendants*

*/s/ Nikhel S. Sus*
Nikhel S. Sus
(D.C. Bar No. 1017937)
CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON

1331 F Street NW, Suite 900
Washington, DC 20004
Telephone: (202) 408-5565
Fax: (202) 588-5020
nsus@citizensforethics.org

*Counsel for Plaintiff*