THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>          Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>          Defendant. | Civil No. 1:22-cv-03025-RC |

## JOINT STATUS REPORT

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") filed this lawsuit on October 6, 2022, against the United States Department of Justice ("DOJ") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. *See* Compl. at 1, ECF. No. 1. At issue are two FOIA requests CREW submitted to DOJ on January 20, 2022, seeking records related to complaints of professional misconduct by federal judges. *See id.* ¶¶ 1, 10-12.

On November 10, 2022, DOJ filed its answer. ECF No. 5. The Parties have filed three previous Joint Status Reports. *See* ECF Nos. 6, 7, 8. The Parties provide the Court with the following updates:

    1.    Per the Parties' agreement, DOJ has prioritized the processing and production of two judicial misconduct referrals and corresponding exhibits before other potentially responsive records.

    2.    On February 21, 2023, DOJ made an interim response production to CREW consisting of four pages. On April 19, 2023, DOJ processed 217 pages and made a second interim response production of one page to CREW. Of the remaining 216 pages, six pages were sent for

1

consult to the Executive Office for U.S. Attorneys ("EOUSA"), Criminal Division ("CRM"), and Federal Bureau of Investigation ("FBI"). Upon receipt of consultation responses, DOJ will finalize and provide any non-exempt records to CREW. The remaining 210 pages were referred to EOUSA and FBI for processing and direct response to CREW. DOJ has provided CREW an estimated date of processing for those records: EOUSA anticipates providing a final response on June 30, 2023, and FBI anticipates providing a response on July 11, 2023.

3. DOJ is currently processing approximately 500 additional pages of potentially responsive records related to this first judicial misconduct referral.

4. Once DOJ completes processing and production of records related to the two prioritized judicial misconduct referrals, the Parties will formulate a schedule for non-referral-related records.

5. Given the posture of the FOIA requests at issue and the Parties' intentions to confer and work together to resolve issues, the Parties do not yet know whether summary judgment briefing will be necessary. The Parties further propose that they file a joint status report in ninety (90) days, updating the Court on the status of the case.

Dated: June 28, 2023

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director

*/s/ Taylor Pitz*
Taylor Pitz (CA Bar No. 332080)
Trial Attorney
U.S. Department of Justice

Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 305-5200
taylor.n.pitz@usdoj.gov

*Counsel for Defendants*

*/s/ Nikhel S. Sus*
Nikhel S. Sus
(D.C. Bar No. 1017937)
CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON
1331 F Street NW, Suite 900
Washington, DC 20004
Telephone: (202) 408-5565
Fax: (202) 588-5020
nsus@citizensforethics.org

*Counsel for Plaintiff*