THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 1:22-cv-03025-RC |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") filed this lawsuit on October 6, 2022, against the United States Department of Justice ("DOJ") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  *See* Compl. at 1, ECF. No. 1.  At issue are two FOIA requests CREW submitted to DOJ on January 20, 2022, seeking records related to complaints of professional misconduct by federal judges.  *See id.* ¶¶ 1, 10-12.

On November 10, 2022, DOJ filed its answer.  ECF No. 5.  The Parties have continued to provide Joint Status Reports to the Court.  *See* ECF Nos. 6, 7, 8, 9, 11, 12, 13.  The Parties provide the Court with the following updates:

1. Per the Parties' agreement, DOJ has prioritized the processing and production of two judicial misconduct referrals and corresponding exhibits before other potentially responsive records.  Since agreeing to prioritize those records, DOJ has made multiple interim response productions to CREW.

2. DOJ is continuing to process the remaining potentially responsive records related to the first misconduct referral.  On January 30, 2024, DOJ made a third interim response providing

1

notice that DOJ had processed an additional 614 pages.  Of those, 25 pages were non-responsive and 381 pages were duplicate pages containing information already processed and provided to CREW.  DOJ referred 182 pages to EOUSA, 11 pages to CRM, and 14 pages to FBI for direct response to CREW.  EOUSA provided a response regarding the referred records on April 1.  CRM provided a response on April 2.  And FBI provided a response on April 17.  DOJ also sent one page for consultation to EOUSA, CRM, and FBI.  DOJ has completed its search for records related to this referral and has determined that, of the 2,406 remaining pages to be reviewed, 1,845 pages are duplicate pages containing information that has already been processed and provided as appropriate.  DOJ anticipates that it will complete the processing of the remaining 561 pages of records potentially responsive to the first misconduct referral by the due date of the parties' next joint status report.

3. Once DOJ completes the processing and production of records related to the two prioritized judicial misconduct referrals, the Parties will formulate a schedule for non-prioritized records.

4. Given the posture of the FOIA requests at issue and the Parties' intentions to confer and work together to resolve issues, the Parties do not yet know whether summary judgment briefing will be necessary.  The Parties further propose that they file a joint status report in ninety (90) days, updating the Court on the status of the case.

Dated: June 25, 2024

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director

/s/ Taylor Pitz
Taylor Pitz (CA Bar No. 332080)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 305-5200
taylor.n.pitz@usdoj.gov

*Counsel for Defendant*

/s/ Nikhel S. Sus
Nikhel S. Sus
(D.C. Bar No. 1017937)
CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON
1331 F Street NW, Suite 900
Washington, DC 20004
Telephone: (202) 408-5565
Fax: (202) 588-5020
nsus@citizensforethics.org

*Counsel for Plaintiff*