THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>　　　　　　Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil No. 1:22-cv-03025-RC<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") filed this lawsuit on October 6, 2022, against the United States Department of Justice ("DOJ") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. *See* Compl. at 1, ECF. No. 1. At issue are two FOIA requests CREW submitted to DOJ on January 20, 2022, seeking records related to complaints of professional misconduct by federal judges. *See id.* ¶¶ 1, 10-12.

On November 10, 2022, DOJ filed its answer. ECF No. 5. The Parties have continued to provide Joint Status Reports to the Court. *See* ECF Nos. 6, 7, 8, 9, 11, 12, 13, 14, 15. The Parties provide the Court with the following updates:

1.　　Per the Parties' agreement, DOJ has prioritized the processing and production of two judicial misconduct referrals and corresponding exhibits before other potentially responsive records. Since agreeing to prioritize those records, DOJ has made multiple interim response productions to CREW.

2. DOJ completed the processing of records related to the first judicial misconduct referral and made its fourth and final interim response production related to that referral on September 23, 2024.

3. DOJ's Office of Professional Responsibility ("OPR") made an interim production of records responsive to the second judicial misconduct referral and corresponding exhibits on December 19, 2024. It also made a referral of records to the Executive Office for United States Attorneys ("EOUSA"). EOUSA is currently processing those records.

4. Once DOJ completes the processing and production of records related to the two prioritized judicial misconduct referrals, the Parties will formulate a schedule for non-prioritized records.

5. Given the posture of the FOIA requests at issue and the Parties' intentions to confer and work together to resolve issues, the Parties do not yet know whether summary judgment briefing will be necessary. The Parties further propose that they file a joint status report in ninety (90) days, updating the Court on the status of the case.

Dated: December 20, 2024   Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director

*/s/ Taylor Pitz*
Taylor Pitz (CA Bar No. 332080)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005

Tel: (202) 305-5200
taylor.n.pitz@usdoj.gov

*Counsel for Defendant*

/s/ Nikhel S. Sus
Nikhel S. Sus
(D.C. Bar No. 1017937)
CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON
1331 F Street NW, Suite 900
Washington, DC 20004
Telephone: (202) 408-5565
Fax: (202) 588-5020
nsus@citizensforethics.org

*Counsel for Plaintiff*