THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil No. 1:22-cv-03025-RC |

### JOINT STATUS REPORT

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") filed this lawsuit on October 6, 2022, against the United States Department of Justice ("DOJ") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. *See* Compl. at 1, ECF. No. 1. At issue are two FOIA requests CREW submitted to DOJ on January 20, 2022, seeking records related to complaints of professional misconduct by federal judges. *See id.* ¶¶ 1, 10-12.

On November 10, 2022, DOJ filed its answer. ECF No. 5. The Parties have continued to provide Joint Status Reports to the Court. *See* ECF Nos. 6, 7, 8, 9, 11, 12, 13, 14, 15, 16. The Parties provide the Court with the following updates:

1. Per the Parties' agreement, DOJ has prioritized the processing and production of two judicial misconduct referrals and corresponding exhibits before other potentially responsive records. Since agreeing to prioritize those records, DOJ has made multiple interim response productions to CREW.

2. DOJ's Office of Professional Responsibility ("OPR") completed the processing of records related to the first judicial misconduct referral and made its fourth and final interim

1

response production related to that referral on September 23, 2024. As explained in the cover letter of this fourth interim production, OPR sent records responsive to this request for consultation to the Criminal Division ("CRM") and the Professional Responsibility Advisory Office ("PRAO"). Those consultations remain outstanding, but upon receipt of CRM's and PRAO's responses, OPR will finalize a response.

3.  OPR made its fifth interim response production of records related to the second judicial misconduct referral on December 19, 2024. On March 6, 2025, the Executive Office for the U.S. Attorneys ("EOUSA") made a production of records to CREW that had been referred to EOUSA by OPR. On March 19, 2025, DOJ provided to CREW its fifth interim production incorporating pages it sent to EOUSA for consultation on December 19, 2024. OPR's request for consultation to the CRM regarding the second judicial misconduct referral remains outstanding.

4.  Now that DOJ has largely completed the processing and production of records related to the two prioritized judicial misconduct referrals, the Parties will confer and formulate a schedule for non-prioritized records.

5.  Given the posture of the FOIA requests at issue and the Parties' intentions to confer and work together to resolve issues, the Parties do not yet know whether summary judgment briefing will be necessary. The Parties further propose that they file a joint status report in ninety (90) days, updating the Court on the status of the case.

Dated: March 20, 2025                                  Respectfully submitted,

                                                       YAAKOV M. ROTH
                                                       Acting Assistant Attorney General

                                                       MARCIA BERMAN
                                                       Assistant Branch Director

3

/s/ Taylor Pitz
Taylor Pitz (CA Bar No. 332080)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 305-5200
taylor.n.pitz@usdoj.gov

*Counsel for Defendant*

/s/ Nikhel S. Sus
Nikhel S. Sus
(D.C. Bar No. 1017937)
CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON
1331 F Street NW, Suite 900
Washington, DC 20004
Telephone: (202) 408-5565
Fax: (202) 588-5020
nsus@citizensforethics.org

*Counsel for Plaintiff*

3