THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 1:22-cv-03025-RC |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") filed this lawsuit on October 6, 2022, against the United States Department of Justice ("DOJ") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  *See* Compl. at 1, ECF. No. 1.  At issue are two FOIA requests CREW submitted to DOJ on January 20, 2022, seeking records related to complaints of professional misconduct by federal judges.  *See id.* ¶¶ 1, 10-12.

On November 10, 2022, DOJ filed its answer.  ECF No. 5.  The Parties have continued to provide Joint Status Reports to the Court.  *See* ECF Nos. 6-17.  The Parties provide the Court with the following updates:

1. Per the Parties' agreement, DOJ has prioritized the processing and production of two judicial misconduct referrals and corresponding exhibits before other potentially responsive records.  Since agreeing to prioritize those records, DOJ has made multiple interim response productions to CREW.

2. DOJ's Office of Professional Responsibility ("OPR") completed the processing of records related to the first judicial misconduct referral and made its fourth and final interim

1

response production related to that referral on September 23, 2024. As explained in the cover letter of this fourth interim production, OPR sent records responsive to this request for consultation to the Criminal Division ("CRM") and the Professional Responsibility Advisory Office ("PRAO"). After receipt of the CRM and PRAO consult responses, OPR finalized and produced to CREW the fourth and final interim response for the first judicial misconduct referral on May 21, 2025.

3. OPR made its fifth interim response production of records related to the second judicial misconduct referral on December 19, 2024. On March 19, 2025, DOJ provided to CREW its fifth interim production incorporating pages it sent to EOUSA for consultation on December 19, 2024. OPR's request for consultation to the CRM regarding the second judicial misconduct referral remains outstanding.

4. Now that DOJ has largely completed the processing and production of records related to the two prioritized judicial misconduct referrals, the Parties will confer and formulate a schedule for non-prioritized records.

5. Still, in the interest of continuing productions in an expeditious manner, on June 17, 2025, OPR completed its processing of the first of several batches of non-prioritized records. As explained in the cover letter of this first interim production, OPR sent for consultation responsive pages containing information of interest to EOUSA and the Office of the Inspector General (the "OIG"). Once OPR receives the consultation responses from EOUSA and the OIG, OPR will complete its review of the first interim response related to non-prioritized records. In addition, OPR referred responsive pages to the OIG for processing and direct response to CREW.

6. Given the posture of the FOIA requests at issue and the Parties' intentions to confer and work together to resolve issues, the Parties do not yet know whether summary judgment

briefing will be necessary. The Parties further propose that they file a joint status report in ninety (90) days, updating the Court on the status of the case.

Dated: June 18, 2025                         Respectfully submitted,

                                                BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Taylor Pitz*
Taylor Pitz (CA Bar No. 332080)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 305-5200
taylor.n.pitz@usdoj.gov

*Counsel for Defendant*

*/s/ Nikhel S. Sus*
Nikhel S. Sus
(D.C. Bar No. 1017937)
CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON
1331 F Street NW, Suite 900
Washington, DC 20004
Telephone: (202) 408-5565
Fax: (202) 588-5020
nsus@citizensforethics.org

*Counsel for Plaintiff*