**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 1:22-cv-03025-RC |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") filed this lawsuit on October 6, 2022, against the United States Department of Justice ("DOJ") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. *See* Compl. at 1, ECF. No. 1. At issue are two FOIA requests CREW submitted to DOJ on January 20, 2022, seeking records related to complaints of professional misconduct by federal judges. *See id.* ¶¶ 1, 10-12.

On November 10, 2022, DOJ filed its answer. ECF No. 5. The Parties have continued to provide Joint Status Reports to the Court. *See* ECF Nos. 6-22. The Parties provide the Court with the following updates:

1. Per the Parties' agreement, DOJ prioritized the processing and production of two judicial misconduct referrals and corresponding exhibits before other potentially responsive records.

2. DOJ's Office of Professional Responsibility ("OPR") has completed processing of the records related to these judicial misconduct referrals, as well as its processing of non-prioritized records. OPR has made multiple interim response productions to CREW. It made a final

production to CREW on March 12, 2026.

3. The only records that remain outstanding are those sent to other components for consultation. On August 11, 2026, OPR made a production of records sent to the Office of Inspector General for consultation, and on August 12, 2026, OPR made a production of records sent to the U.S. Trustee Program for consultation. OPR is following up with other components to make sure it receives responses to these requests, so that it can finish the production of these records.

4. Given the posture of the FOIA requests at issue and the Parties' intentions to confer and work together to resolve issues, the Parties do not yet know whether summary judgment briefing will be necessary. The Parties further propose that they file a joint status report in ninety (90) days, updating the Court on the status of the case.

Dated: August 14, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ Taylor Pitz
Taylor Pitz (CA Bar No. 332080)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 305-5200
taylor.n.pitz@usdoj.gov

*Counsel for Defendant*

/s/ Nikhel S. Sus
Nikhel S. Sus

(D.C. Bar No. 1017937)
CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON
1331 F Street NW, Suite 900
Washington, DC 20004
Telephone: (202) 408-5565
Fax: (202) 588-5020
nsus@citizensforethics.org

*Counsel for Plaintiff*